UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-7840-MWF(SKx)**  Dated: **February 1, 2017**

Title:  Peter J. McGlynn -v- Ditech Financial, LLC, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

In light of the Notice of Settlement filed January 31, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 6, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                  Initials of Deputy Clerk __cw__
CIVIL - GEN